```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BRANDON SMITH,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :        20-cv-9857 (LJL)
              -v-                                                :
                                                                 :           ORDER
CITY OF NEW YORK, et al,                                         :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/03/2021_

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed stipulation and order indicating that the parties have reached a settlement agreement and seeking to dismiss the action with prejudice and have the Court retain jurisdiction over the action to enforce the terms of the settlement agreement.  Dkt. No. 34.

First, the parties have not moved to reopen the case after the Court's order dated October 28, 2021.  Dkt. No. 33.

Second, the Court cannot retain jurisdiction to enforce a settlement that has not been publicly filed with the Court.

Prior to asking the Court to sign a stipulation with a request that the Court retain jurisdiction, one or the other party must move to reopen the case.  If the parties desire the Court to retain jurisdiction to enforce a settlement, they must show cause why the settlement should not be publicly filed.


SO ORDERED.

Dated: December 3, 2021                           _____
       New York, New York                                 LEWIS J. LIMAN
                                                   United States District Judge